UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
Shari Rives
        Debtor.                            No. 17-11645-13

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW** the Debtor, Shari Rives, by and through her attorney, Steve H. Mazer, Esq., and moves to modify Chapter 13 Plan as follows:

1. Debtor filed for protection under Chapter 13 on 06/28/2017.

2. Debtor proposed in Paragraph 4.4 of her Chapter 13 Plan to pay DriveTime directly, but Debtor has determined that she should surrender the Dodge Dart, which she has done.

3. This modification will take effect immediately and will not adversely affect any creditor other than DriveTime.

WHEREFORE Debtor, Shari Rives respectfully prays the Court approve her chapter 13 with the foregoing modification and for such other and further relief as to the Court may seem just and proper.

                                                Respectfully submitted,
                                                **s/Steve H. Mazer per email 8/9/2017**
                                                2501 Yale Blvd. SE, Ste. 203
                                                Albuquerque, NM 87106
                                                Telephone: (505) 265-1000
                                                Fax: (877) 242-1841
                                                Email: smazer@regazzilaw.com

I hereby certify that a true copy of the foregoing was electronically to the Office of the US Trustee (electronic notice), Kelley Skehen, Chapter 13 Trustee, DriveTime and all parties in interest on **August 9, 2017.**

                                                **s/electronically filed**
                                                Steve Mazer, Esq.